Mario B. Mikelinich, P.C.
The North Shore Atrium
6800 Jericho Turnpike - Suite 104W
Syosset, NY 11791

Invoice submitted to:
Fuller, Fuller & Associates, PA
12000 Biscayne Boulevard
North Miami FL 33181

December 17, 2007

In Reference To: Acces 4 All and Peter Spalluto v Trump International Hotel & Tower and One Central Park West Place telephone call to Associates Limited Partnership
Premises: Trump International Hotel & Tower

Invoice #10235

Professional Services

| Date | Description | Hrs/Rate | Amount |
|---|---|---|---|
| 9/16/2004 | Review summons, complaint, coversheet and Rule 7.1 Statement; telephone conferences with co-counsel's office, process service and office of the clerk of the southern district; correspondence to process service and co-counsel; assemble and collate doucments for filing and serivce. | 2.00<br>425.00/hr | 850.00 |
| 9/24/2004 | Correspondence to clerk of court; assemble and forward electronic files | 1.20<br>425.00/hr | 510.00 |
| 11/16/2004 | Telephone conference with process service; fax to process service | 0.30<br>425.00/hr | 127.50 |
| 12/6/2004 | Telephone conference with opposing Attorney | 0.25<br>425.00/hr | 106.25 |
| 12/23/2004 | Review correspondence from opposing counsel. | 0.25<br>425.00/hr | 106.25 |
| 1/11/2005 | Review Rule 26 disclosure. | 0.25<br>425.00/hr | 106.25 |
| | Review rule 26(a)(2) expert witness disclosure | 0.25<br>425.00/hr | 106.25 |
| | Review correspondence to opposing counsel and proposed discovery plan. | 0.25<br>425.00/hr | 106.25 |
| 3/10/2005 | Review correspondence from opposing counsel. | 0.25<br>425.00/hr | 106.25 |



| | | Hrs/Rate | Amount |
|---|---|---|---|
| 3/8/2005 | Review correspondence from co-counsel with attachements. | 0.25<br>425.00/hr | 106.25 |
| 3/31/2005 | Review correspondence from co-counsel regarding conference | 0.35<br>425.00/hr | 148.75 |
| 3/1/2005 | Review correspondence from co-counsel regarding conference | 0.25<br>425.00/hr | 106.25 |
| 3/10/2005 | Review correspondence from opposing counsel. | 0.25<br>425.00/hr | 106.25 |
| 5/5/2005 | Review summary judgment motion | 1.25<br>425.00/hr | 531.25 |
| 6/1/2005 | Review defendant's reply brief. | 0.75<br>425.00/hr | 318.75 |
| 8/23/2005 | Review notice of motion and memorandum of law in support of motion to dismiss third party complaint | 1.00<br>425.00/hr | 425.00 |
| 8/25/2005 | Review correspondence from co-counsel | 0.25<br>425.00/hr | 106.25 |
| 8/29/2005 | Review Rule 7.1 Disclosure Statement | 0.25<br>425.00/hr | 106.25 |
| 10/17/2005 | Review order; correspondence to co-counsel. | 0.25<br>425.00/hr | 106.25 |
| 10/19/2005 | Review correspondence from co-counsel | 0.25<br>425.00/hr | 106.25 |
| 10/21/2005 | Review correspondence from counsel to third party defendant regarding permission to make motion. | 0.25<br>425.00/hr | 106.25 |
| 10/17/2005 | Review correspondence from court; telephone conference and correspondence with office of co-counsel. | 0.50<br>425.00/hr | 212.50 |
| 10/27/2005 | Review correspondence from counsel to third party defendant | 0.35<br>425.00/hr | 148.75 |
| 10/31/2005 | Review correspondence and stipulation | 0.25<br>425.00/hr | 106.25 |
| 2/10/2006 | Review correspondence | 0.25<br>425.00/hr | 106.25 |
| 2/13/2006 | Review correspondence | 0.25<br>425.00/hr | 106.25 |
| 2/21/2006 | Review correspondence | 0.25<br>425.00/hr | 106.25 |

| Date | Description | Hrs/Rate | Amount |
|---|---|---|---|
| 3/27/2006 | Review notice of motion and memorandum of law in support of motion to dismiss the third party complaint as to One Central Park West Place telephone call to Associates | 1.00<br>425.00/hr | 425.00 |
| 3/28/2006 | Review notice of motion, supporting affidavit and memorandum of law in support of motion to dismiss the third party complaint as to CK Architect, P.C. | 1.00<br>425.00/hr | 425.00 |
| 3/30/2006 | Review correspondence from opposing counsel. | 0.25<br>425.00/hr | 106.25 |
| 5/25/2006 | Review correspondence | 0.25<br>425.00/hr | 106.25 |
| 11/28/2006 | Review correspondence from MArc Krieg, Esq. | 0.25<br>425.00/hr | 106.25 |
| 11/2/2006 | Review correspondence from co-counsel. | 0.25<br>425.00/hr | 106.25 |
| 11/7/2006 | Review correspondence from Denis Serkin, Esq. | 0.25<br>425.00/hr | 106.25 |
| 11/29/2006 | Review requests for production and requests for admission. | 0.50<br>425.00/hr | 212.50 |
| 3/1/2007 | Review Opinion and Order granting motion to dismiss third party complaint as against certain third party defendants | 0.75<br>425.00/hr | 318.75 |
| 3/29/2007 | Review Defendants First Set of Interrogatories and Request for the Production of Documents | 0.75<br>425.00/hr | 318.75 |
| | Review correspondence and request for an inspection | 0.25<br>425.00/hr | 106.25 |
| 3/26/2007 | Review correspondence from co-counsel. | 0.25<br>425.00/hr | 106.25 |
| 3/15/2007 | Review correspondence to the COurt. | 0.25<br>425.00/hr | 106.25 |
| 4/3/2007 | Review correspondence from Court and e-mail from co-counsel. | 0.25<br>425.00/hr | 106.25 |
| 5/24/2007 | Telephone conferences with co-counsel and John O'Conor to confer regarding inspection; review correspondence and relevant documents to prepare counsel for inspection. | 0.75<br>425.00/hr | 318.75 |
| 4/6/2007 | Review correspondence | 0.25<br>425.00/hr | 106.25 |
| 4/10/2007 | Review deposition notice | 0.25<br>425.00/hr | 106.25 |

| | | Hrs/Rate | Amount |
|---|---|---|---|
| 2/28/2007 | Review opinion and order | 0.50<br>425.00/hr | 212.50 |
| 11/20/2007 | Review correspondence re proposed order approving consent decree | 0.25<br>425.00/hr | 106.25 |
| 11/6/2007 | Review correspondence and attachments | 0.50<br>425.00/hr | 212.50 |
| 6/13/2006 | Review correspondence from Scott Winikow, Esq. | 0.25<br>425.00/hr | 106.25 |
| | Review correspondence from Mark Krieg, Esq. | 0.25<br>425.00/hr | 106.25 |
| 6/27/2006 | Review correspondence from Scott Winikow, Esq. | 0.25<br>425.00/hr | 106.25 |
| 6/22/2006 | Review correspondence from Scott Winikow, Esq. | 0.25<br>425.00/hr | 106.25 |
| 2/7/2005 | Review answer of Defednant to Amended Complaint | 0.25<br>425.00/hr | 106.25 |
| 1/21/2005 | Review correspondence from co-counsel; review proposed 26f planning report | 0.50<br>425.00/hr | 212.50 |
| 10/17/2005 | Review correspondence to Court from counsel to CK Architects | 0.25<br>425.00/hr | 106.25 |
| 2/10/2006 | Review e-mails from opposing counsel re scheduling | 0.25<br>425.00/hr | 106.25 |
| 2/13/2006 | Review e-mails from opposing counsel re scheduling | 0.25<br>425.00/hr | 106.25 |
| 5/17/2006 | Review correspondence from Denis Serkin to Court. | 0.25<br>425.00/hr | 106.25 |
| 5/19/2006 | Review correspondence from co-counsel to Judge Karas | 0.25<br>425.00/hr | 106.25 |
| 6/23/2006 | Review reply affidavit of Scott Winikow and supporting exhibits | 0.75<br>425.00/hr | 318.75 |
| 12/13/2006 | Review correspondence to Magistrate Pitman | 0.25<br>425.00/hr | 106.25 |
| 12/17/2006 | Review correspondence to Judge Karas from Scott Winikow, Esq. | 0.25<br>425.00/hr | 106.25 |
| 5/31/2005 | Review reply brief of Defendant on summary judgment motion; review authorities cited | 1.00<br>425.00/hr | 425.00 |

| | | Hrs/Rate | Amount |
|---|---|---|---|
| 3/30/2005 | Review correspondence from counsel to defendant; review defendant's first requet for the production of documents and first set of interrogatories | 1.00<br>425.00/hr | 425.00 |
| 6/21/2006 | Review correspondence from Scott Winikow, Esq.; counsel to defendant; review reply meorandum of law of CK Architect | 0.75<br>425.00/hr | 318.75 |
| 7/10/2006 | Review correspondence from Scott Winikow, Esq.; review supplemental memorandum of law of CK Architect; confer with co-counsel | 0.50<br>425.00/hr | 212.50 |
| 12/17/2007 | Anticipated review and execution of settlement documents and further services in connection with the fee application and post settlement inspections | 3.00<br>425.00/hr | 1,275.00 |
| | For professional services rendered | 31.45 | $13,366.25 |

Additional Charges :

| | | Qty/Price | |
|---|---|---|---|
| 9/15/2004 | Copying cost | 110<br>0.25 | 27.50 |
| 9/16/2004 | Copying cost | 110<br>0.25 | 27.50 |
| | Total costs | | $55.00 |
| | Total amount of this bill | | $13,421.25 |
| | Balance due | | $13,421.25 |