# Herbert Neff
2500 North Federal Highway #223
Boca Raton, FL. 33431
CGC#: 051895

August 22, 2004

Fuller, Fuller & Associates
12000 Biscayne Blvd
North Miami, Fl. 33181

Re: Trump Int'l Hotel Tower
1 Central Park West
New York, NY 10023

## INVOICE

1. Phone conversations with Plaintiff. **1 hr**
2. Travel to & from location to perform ADA inspection. **3.5 hrs**
3. Preliminary on site verification of ADA violations. **1.5 hr**
4. Analyze, record and print photographs depicting violations. **1.5 hr**
5. Collaboration & verification of ADA violations. Review various photographs; various meetings with staff to review project. **2.5 hrs**
6. Various calls to the DOJ and the NYC building department. **1 hr**
7. Research in conjunction with ADA violations (including researching Technical Bulletins and ADA Technical Assistance Letters), and preparation of initial report outlining ADA violations. **6 hrs**
8. Phone conversations with plaintiff's counsel. **1 hr**

**TOTAL HOURS**     18 @ $175 per hour
**TOTAL DUE**     $3,150



EXHIBIT
Composite
F

# Herbert J. Neff & Associates
2500 N. Federal Highway, #223
Boca Raton, FL 33431
VOICE: (561) 212-3492  FAX: (561) 338-2903
CGC#: 051895

May 4, 2007



Fuller, Fuller & Associates
12000 Biscayne Blvd., Suite 609
North Miami, FL 33181



Re: Trump International Hotel
One Central Park West
New York, NY 10023

## FOLLOW-UP INVOICE

Review file & preparation for inspection.  1.5 Hrs. @ $175

Travel to and from location to perform ADA inspection on April 11, 2007.  3.5 Hrs. @ $175

On site verification of ADA violations, included but not limited to performing
Various testing and measuring of thresholds, counters, doors, accessible guest rooms, bathrooms, accessible routes, and photographing specific ADA violations.  2.0 Hrs @ $175

Analyze, download and print photographs depicting violations to prepare ADA final investigative report.  2.0 Hrs. @ $175

Research in conjunction with ADA violations. Research property with the city of New York building department. Calls to the Access Board & DOJ. Preparation of final report outlining ADA violations and recommendations for improvements.  14.0 Hrs. @ $175

Phone conversations & conferences with plaintiff's counsel.  1.0 Hrs @ $175

**TOTAL HOURS**      24 @ 175 per hour
**TOTAL DUE**        $4,200

## Herbert J. Neff & Associates
2500 N. Federal Highway, #223
Boca Raton, FL 33431
VOICE: (561) 674-1851  FAX: (561) 237-5303
CGC#: 051895

December 19, 2007

Fuller, Fuller & Associates
12000 Biscayne Blvd., Suite 609
North Miami, FL 33181



Re:   Trump International Hotel
      One Central Park West
      New York, NY 10023

## FINAL INVOICE

Review expert reports of Brian D. Black and Soy L. Williams. Prepare rebuttal report to their findings.   7.5 Hrs. @ $175

Review file & preparation for Deposition.   1.5 Hrs. @ $175

Conferences with Lawrence Fuller in preparation for deposition and to review Affidavit of Pablo Baez.   6.0 Hrs. @ $175

Travel to and from location for Deposition.   3.5 Hrs. @ $175

Deposition. 6.0 Hrs. @ $175

**TOTAL HOURS**        24.5 @ 175 per hour
**TOTAL DUE**          $4,287.50