Sullivan, J

# IN THE UNITED STATES DISTRICT COURT
## SOUTHERN DISTRICT OF NEW YORK

CASE NO.: 1:04-cv-07497 (RJS)

PETER SPALLUTO, Individually,

    Plaintiffs,

v.

TRUMP INTERNATIONAL HOTEL & TOWER, and ONE CENTRAL PARK WEST PT ASSOCIATES LIMITED PARTNERSHIP,

    Defendant.

_____/

USDS SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 10/20/08

## JUDGMENT

This action came before the Court, Honorable Judge Richard Sullivan, on the Report and Recommendation of the Magistrate Judge, and the Court having adopted the Report and Recommendation [DE 163], it is

ORDERED AND ADJUDGED, that Plaintiff PETER SPALLUTO recover of the Defendant TRUMP INTERNATIONAL HOTEL & TOWER, the sum of $143,639.58, with interest thereon, at the rate of 1.24% as provided by 28 USC 1961.

Dated at New York, New York, this 17th day of October, 2008.

_____
R.J.S., D.J.